DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH ANTHONY HERNANDEZ,**
Appellant,

v.

**REBECCA L. HEIKKA,**
Appellee.

No. 4D16-2218

[November 16, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE 07-008440 (14).

Hinda Klein of Conroy Simberg, Hollywood, for appellant.

Kenneth D. Cooper, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***